# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00017-AP

GEOFFREY C. HARPER,

     Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

Joint Case Management Plan

---

## 1.    APPEARANCES OF COUNSEL

For Plaintiff:

Frederick W. Newall
730 N Weber #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net

For Defendant:

Daniel E. Burrows
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

## 2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction based on Social Security Act §§ 205(g) and 1631(c)(3),

42 U.S.C. §§ 405(g), 1383(c)(3) (2006).

## 3.    DATES OF FILING RELEVANT PLEADINGS

     A.    <u>Date Complaint Was Filed</u>: January 4, 2013

     B.    <u>Date Complaint Was Served on U.S. Attorney's Office</u>: January 9, 2013

     C.    <u>Date Answer and Administrative Record Were Filed</u>: March 5, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate. However, the parties reserve the right to supplement the record if it is later discovered that evidence is missing.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

This case *is not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

     A.    <u>Plaintiff's Opening Brief Due</u>: May 16, 2013

     B.    <u>Defendant's Response Brief Due</u>: June 17, 2013

     C.    <u>Plaintiff's Reply Brief (If Any) Due</u>: July 2, 2013

This is adjusted from the ordinary briefing schedule to accommodate Plaintiff's attorney's heavy briefing schedule in late April and early May.

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    A.      <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.      <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties *do not* intend to consent to the exercise of jurisdiction by a magistrate judge.

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 26th day of March, 2013.

BY THE COURT:


<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
United States Attorney

s/  *Daniel E. Burrows* FOR
FREDERICK W. NEWALL
730 N Weber #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net
Attorney for Plaintiff

J. BENEDICT GARCÍA
Assistant United States Attorney

(SIGNED VIA ORAL
AUTHORIZATION)

s/  *Daniel E. Burrows*
DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

Attorneys for Defendant