# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:      **13-cv-00017-JLK**

**GEOFFREY C. HARPER,**

                Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

                Defendant.

## ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) filed July 2, 2015 (Doc. 28).

The Court hereby

**ORDERS** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, after subtraction for EAJA fees paid, an additional amount of $5,410.25 under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 7th day of July, 2015.

        BY THE COURT:

                            s/ John L. Kane
                      SENIOR UNITED STATES DISTRICT COURT JUDGE